Case 4:21-cv-01563-CLM   Document 57   Filed 10/17/23   Page 1 of 4
USCA11 Case: 23-10273   Document: 57   Date Filed: 10/17/2023   Page: 1 of 4

FILED
2023 Oct-17 PM 03:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-10273

_____

ANTHONY DAVID NUTE,

                                                            Plaintiff-Appellee

                                                            Cross-Appellant,

*versus*

BRYANT DEAN WHITE,

                                                             Defendant-Appellant

                                                             Cross-Appellee,

LUCAS G. YARBOROUGH,

                                                             Defendant.

2                        Order of the Court                        23-10273

_____

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 4:21-cv-01563-CLM

_____

_____

No. 23-12392

_____

ANTHONY DAVID NUTE,

                                                    Plaintiff-Appellee,

versus

BRYANT DEAN WHITE,
LUCAS G. YARBOROUGH,

                                                    Defendants-Appellants.

_____

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 4:21-cv-01563-CLM

_____

23-10273                Order of the Court                3

Before JILL PRYOR and ABUDU, Circuit Judges.

BY THE COURT:

"Appellant/Cross Appellee's Motion to Deem Appearance of Counsel Form as Non-Deficient," filed in no. 23-12392, is GRANTED. Appellant's counsel's notice of appearance of counsel filed in no. 23-12392 shall be deemed non-deficient.

"Appellant/Cross Appellee's Motion for Determination as to Filing Fee and Briefing Schedule(s)," filed in no. 23-12392, is GRANTED IN PART as follows:

The order on appeal in no. 23-12392 disposed of a motion under Fed. R. App. P. 4(a)(4)(A) and, as such, the notice of appeal that initiated no. 23-12392 is an amended notice of appeal in no. 23-10273. Accordingly, the Clerk's Office is DIRECTED to docket the notice of appeal that initiated no. 23-12392 as an amended notice of appeal in no. 23-10273. No additional fee is required. *See* Fed. R. App. P. 4(a)(4)(B)(iii).

As the order of appeal in no. 23-12392 will be reviewed through no. 23-10273, the Clerk's Office is further DIRECTED to close no. 23-12392 as erroneously docketed.

To the extent that Appellant seeks any relief regarding the briefing schedule in no. 23-10273, Appellant should file a motion in no. 23-10273.

Appellee's "Motion to Strike or Exclude From Consideration Portion of White's Reply Brief Making Argument and

4                           Order of the Court                    23-10273

Addressing New Issues Never Previously Raised or Argued" is CARRIED WITH THE CASE.