Case 4:21-cv-01563-CLM   Document 57-1   Filed 10/17/23   Page 1 of 1

USCA11 Case: 23-12392   Document: 28   Date Filed: 10/18/2023   Page: 2 of 2

FILED
2023 Oct-18  PM 02:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 23-12392-J

_____

ANTHONY DAVID NUTE,

Plaintiff - Appellee,

versus

BRYANT DEAN WHITE,
LUCAS G. YARBOROUGH,

Defendants - Appellants.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

ORDER: This appeal was erroneously docketed by the Eleventh Circuit Court of Appeals and is hereby dismissed.

Effective October 18, 2023.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

FOR THE COURT - BY DIRECTION